IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JASON A. CERCONE, | ) |
| | ) |
| Plaintiff, | )  Civil Action No. 2:12-cv-00977-GLL |
| | ) |
| v. | ) |
| | ) |
| BOROUGH OF CORAOPOLIS; | )  **JURY TRIAL DEMANDED** |
| BOROUGH OF CORAOPOLIS POLICE | ) |
| DEPARMENT; MOON TOWNSHIP; MOON | ) |
| TOWNSHIP POLICE DEPARMTENT; | )  ELECTRONICALLY FILED |
| BOROUGH OF CORAOPOLIS POLICE | ) |
| CHIEF ALAN DeRUSSO; BOROUGH OF | ) |
| CORAOPOLIS POLICE OFFICER ALBERT | ) |
| J. MARX; and MOON TOWNSHIP | ) |
| DETECTIVE BRIAN BUYDASZ, | ) |
| individually and in their official capacity, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

AND NOW, this 19th day of January, 2013, upon consideration of the Motion to Excuse Attendance at Mediation of Defendants Moon Township, Moon Township Police Department, and Detective Brian Buydasz, IT IS HEREBY ORDERED that said Motion is GRANTED. The insurance company representative for the said Defendants is excused from personally attending the mediation and will participate in the mediation by telephone.

BY THE COURT:

s/Gary L. Lancaster

_____,C.J.

Hon. Gary L. Lancaster, Chief U.S. District Judge