IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JASON A. CERCONE, | ) CIVIL DIVISION |
| | ) |
| Plaintiff, | ) No: 12-977 |
| v. | ) |
| | ) |
| BOROUGH OF CORAOPOLIS; | ) U.S. District Judge Gary L. Lancaster |
| BOROUGH CORAOPOLIS POLICE | ) |
| DEPARTMENT; MOON TOWNSHIP; | ) |
| MOON TOWNSHIP POLICE | ) *ELECTRONICALLY FILED* |
| DEPARTMENT; BOROUGH OF | ) |
| CORAOPOLIS POLICE CHIEF ALAN | ) |
| DeRUSSO; BOROUGH OF CORAOPOLIS | ) **JURY TRIAL DEMANDED** |
| POLICE OFFICER ALBERT J. MARX and | ) |
| MOON TOWNSHIP DETECTIVE BRIAN | ) |
| BUYDASZ, individually and in their official | ) |
| capacity, | ) |
| | ) |
| Defendants. | ) |

## ORDER OF COURT

AND NOW, this 19th day of January, 2013, upon consideration of Defendants BOROUGH OF CORAOPOLIS, BOROUGH OF CORAOPOLIS POLICE DEPARTMENT, BOROUGH OF CORAOPOLIS POLICE CHIEF ALAN DeRUSSO and BOROUGH OF CORAOPOLIS DETECTIVE ALBERT J. MARX'S Motion to Excuse Attendance at Mediation, and the Court noting that there is no objection by any other party, said Order is GRANTED. The insurance representative for the Borough of Coraopolis may attend the January 22, 2013 mediation by telephone.

BY THE COURT:

s/Gary L. Lancaster

_____, C.J.

Hon. Gary L. Lancaster, Chief U.S. District Judge