# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JASON A. CERCONE, | CIVIL DIVISION |
| Plaintiff, | No: 12-977 |
| v. | |
| BOROUGH OF CORAOPOLIS; BOROUGH CORAOPOLIS POLICE DEPARTMENT; MOON TOWNSHIP; MOON TOWNSHIP POLICE DEPARTMENT; BOROUGH OF CORAOPOLIS POLICE CHIEF ALAN DeRUSSO; BOROUGH OF CORAOPOLIS POLICE OFFICER ALBERT J. MARX and MOON TOWNSHIP DETECTIVE BRIAN BUYDASZ, individually and in their official capacity, | U.S. District Judge Gary L. Lancaster<br><br>*ELECTRONICALLY FILED*<br><br>**JURY TRIAL DEMANDED** |
| Defendants. | |

## ORDER OF COURT

AND NOW, this 19th day of January, 2013, upon consideration of Defendants BOROUGH OF CORAOPOLIS, BOROUGH OF CORAOPOLIS POLICE DEPARTMENT, BOROUGH OF CORAOPOLIS POLICE CHIEF ALAN DeRUSSO and BOROUGH OF CORAOPOLIS DETECTIVE ALBERT J. MARX'S Motion to Excuse Attendance at Mediation, and the Court noting that there is no objection by any other party, said Order is GRANTED. The insurance representative for the Borough of Coraopolis may attend the January 22, 2013 mediation by telephone.

BY THE COURT:

s/Gary L. Lancaster

_____, C.J.

Hon. Gary L. Lancaster, Chief U.S. District Judge