IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JASON A. CERCONE, | : CIVIL DIVISION |
| Plaintiff, | : No: 12-977 |
| v. | : |
| BOROUGH OF CORAOPOLIS; BOROUGH CORAOPOLIS POLICE DEPARTMENT; MOON TOWNSHIP; MOON TOWNSHIP POLICE DEPARTMENT; BOROUGH OF CORAOPOLIS POLICE CHIEF ALAN DeRUSSO; BOROUGH OF CORAOPOLIS POLICE OFFICER ALBERT J. MARX and MOON TOWNSHIP DETECTIVE BRIAN BUYDASZ, individually and in their official capacity, | : U.S. District Judge Gary L. Lancaster |
| Defendants. | |

## ORDER

AND NOW, this _11_ day of March, 2013, upon consideration of the Stipulation to Dismiss, IT IS HEREBY ORDERED that this matter is DISMISSED with prejudice and without costs to any party.

By the Court:

/s/ *signature*
United States District Judge